UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                          CASE NO.:
SYLVIA JEAN HARVEY                              25-04504-5-JNC
    DEBTOR                                      CHAPTER 13

### RESPONSE TO MOTION FOR RELIEF

NOW COMES the above-named debtor by and through the undersigned counsel and hereby responds to the Motion for Relief from Automatic Stay filed by Credit Acceptance Corporation and hereby shows unto the Court as follows:

1. The Debtor filed a Chapter 13 petition on November 12, 2025.

2. Debtor is paying Credit Acceptance Corporation directly for its claim secured by a 2014 Ford Explorer.

3. Debtor acknowledges that she is delinquent in her payments to Credit Acceptance Corporation but disputes the amount of the alleged arrearage as stated in the Motion.

4. Counsel for Debtor has requested a breakdown of the post-petition payment history in order to verify the arrearage amount. As of the date of this Response, the requested documentation has not yet been received.

5. The Debtor is prepared to address any verified post-petition delinquency upon receipt of a complete and accurate accounting.

WHEREFORE, the debtor hereby prays as follows:

1. That the Court deny the Motion for Relief filed herein.

2. That this matter be set for hearing.

This the 28th day of April 2026        SOSNA & HUFFSTETLER
                                        LAW OFFICES, PLLC

                                        By:  s/Palmer E. Huffstetler, III
                                        Palmer E. Huffstetler, III
                                        Attorney for Debtor
                                        3031 Zebulon Road
                                        Rocky Mount, NC 27804
                                        (252) 937-3027
                                        NC Bar No.:  47818

<u>CERTIFICATE OF SERVICE</u>

I, Palmer E. Huffstetler, III, for Sosna & Huffstetler Law Offices, PLLC, 3031 Zebulon Road, Rocky Mount, NC 27804, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:
That on April 28, 2026, I mailed a copy of the foregoing Response, by depositing copies thereof in the United States mail, first class mail, postage prepaid, in an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 28, 2026

<u>/s/ Palmer E. Huffstetler, III</u>
Palmer E. Huffstetler, III
Sosna & Huffstetler Law Offices, PLLC
3031 Zebulon Road
Rocky Mount, NC 27804
(252) 937-3027

SERVED ON:

Sylvia Jean Harvey
103 Tom Willey St
Gaston, NC 27832-9190

Stephen Troy Staley                Served Electronically
Chapter 13 Trustee
P. O. Box 1618
New Bern, NC 28563

Eudora F. S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 2701